*In re* PEDRO COLTON FONTÁN, OSVALDO VILLANUEVA DÍAZ, AURELIO MIRÓ CARRIÓN, ÁNGEL FIGUEROA VIVAS y JUAN E. BRUNET JUSTINIANO.

*Número:* CE-86-666        *Resuelto:* 8 de marzo de 1996

*Margarita Carrillo Iturrino*, abogada del peticionario.

## RESOLUCIÓN

Mediante la opinión que emitiéramos el 21 de febrero de 1991, impusimos varias sanciones a los abogados de epígrafe por distintas faltas a sus deberes éticos profesionales. 128 D.P.R. 1 (1991). En particular, al peticionario Aurelio Miró Carrión se le suspendió por espacio de cinco (5) años. Mediante una solicitud de reinstalación presentada el 1ro de febrero de 1996, el abogado peticionario solicitó su reinstalación al ejercicio de la profesión por cumplirse dicho término el 21 de febrero de 1996. Habiendo transcurrido el término dispuesto para su suspensión, *procede que se reinstale al abogado Aurelio Miró Carrión al ejercicio de la profesión.*

*Publíquese.*

Lo acordó el Tribunal y lo certifica el señor Secretario General. El Juez Presidente Señor Andréu García y la Juez Asociada Señora Naveira de Rodón se inhibieron. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*